
# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **DONALD SPEAKS,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **vs.** | **FILE NO:** 25A01915 |
| **ROZALLE EDDINGS and WESTERN EXPRESS, INC.,** | |
| **Defendants.** | **JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff DONALD SPEAKS, and states his complaint against Defendants ROZALLE EDDINGS and WESTERN EXPRESS, INC., as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff, DONALD SPEAKS (hereinafter "Plaintiff") consents to the jurisdiction of this court.

2.

Defendant ROZALLE EDDINGS (hereinafter "EDDINGS") is the driver of the tractor trailer involved in the subject collision and is a resident of the State of Illinois, whose last known address is 36 Cunningham Lane, Park Forest, IL 60466. Defendant may be served at that address.

3.

Defendant WESTERN EXPRESS, INC., (hereinafter "WESTERN EXPRESS") is a for-profit corporation authorized to do business in the State of Georgia with its principal place of

1


**STATE COURT OF
DEKALB COUNTY, GA.
3/18/2025 6:39 PM
E-FILED
BY: Monica Gay**



04/28/2025

CBCS Received 04/28/2025

business located at 7135 Centennial Place, Nashville, TN 37209. Defendant WESTERN EXPRESS is subject to the jurisdiction of this Court and may be served by issuing Summons and a second original of this Complaint to their registered agent: Roland M. Lowell located at 7135 Centennial Place, Nashville, TN 37209.

4.

Defendants ROZALLE EDDINGS and WESTERN EXPRESS, INC., are joint tortfeasors and as such, venue as to all Defendants is proper in DeKalb County, Georgia pursuant to O.C.G.A. §9-10-91.

**FACTUAL ALLEGATIONS**

5.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 4 above as if they were fully restated verbatim.

6.

On or about February 26, 2025, Plaintiff was operating a 2003 Toyota Highlander and was attempting to turn left on a green light, to travel South on Lawrenceville Hwy in DeKalb County, Georgia.

7.

On or about the same time and place, Defendant EDDINGS was driving a 2025 Freightliner Cascadia in the course and scope of his employment for Defendant WESTERN EXPRESS, heading South on Lawrenceville Hwy when Defendant EDDINGS negligently, recklessly, carelessly and unlawfully drove his truck into the side of Plaintiff's vehicle, striking with such force as to push Plaintiff's vehicle and cause extreme damage to Plaintiff's vehicle.

2

EXHIBIT A

# COUNT I
## NEGLIGENCE OF DEFENDANT ROZALLE EDDINGS

8.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 7 above as if they were fully restated verbatim.

9.

As a result of the accident, Plaintiff suffered multiple injuries.

10.

At all relevant times, Defendant EDDINGS owed certain civil duties to Plaintiff Notwithstanding those duties, Defendant EDDINGS did violate them in the following particulars:

a.  In failing to make reasonable and proper observations while driving a 2025 Freightliner Cascadia truck; or, if reasonable and proper observations were made, failing to act thereon;

b.  In distracted driving in violation of O.C.G.A. §40-6-241;

c.  In failing to yield to oncoming traffic in violation of O.C.G.A. §40-6-70;

d.  Following too closely in violation of O.C.G.A. §40-6-49;

e.  In failing to observe or undertake the necessary precautions to keep a 2025 Freightliner Cascadia from colliding with the Plaintiff's vehicle in violation of O.C.G.A. § 40-6-390;

f.  In driving a 2025 Freightliner Cascadia without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

g.  In driving a 2025 Freightliner Cascadia in reckless disregard for the safety of

3



EXHIBIT A

Certified#: 920719027509101257 0647    DFID18060085    Matter-17346560

CBCS Received 04/28/2025

04/28/2025

persons and/or property in violation of O.C.G.A. § 40-6-390; and

h.    In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

11.

Defendant EDDINGS' violations of the aforementioned duties of care constitute negligence *per se*.

12.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant EDDINGS, Plaintiff has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life.

**COUNT II**
**NEGLIGENCE OF DEFENDANT WESTERN EXPRESS, INC., FOR**
**VICARIOUS LIABILITY/RESPONDEAT SUPERIOR**

13.

Plaintiff realleges and incorporates herein by reference paragraphs 6 through 12 above as if they were fully restated verbatim.

14.

At all relevant times, Defendant EDDINGS was an employee and agent of Defendant WESTERN EXPRESS, and Defendant EDDINGS was driving a 2025 Freightliner Cascadia within the course and scope of his employment with Defendant WESTERN EXPRESS.

15.

4

**EXHIBIT A**

Certified#: 920719027509101257O647   DFID18060085   Matter-17346560

CBCS Received 04/28/2025

04/28/2025

Defendant WESTERN EXPRESS is liable for the acts and omissions of Defendant EDDINGS as Defendant WESTERN EXPRESS' agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

16.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant WESTERN EXPRESS, Plaintiff has suffered significant injuries, medical expenses, and damages. These damages include but at not limited to emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life.

**COUNT III**
**NEGLIGENT ENTRUSTMENT, NEGLIGENT TRAINING AND NEGLIGENT**
**SUPERVISION CLAIM AGAINST DEFENDANT, WESTERN EXPRESS, INC.**

17.

Plaintiff realleges and incorporates herein by reference paragraphs 6 through 12 above as if they were fully restated verbatim.

18.

Defendant WESTERN EXPRESS, negligently hired, retained, and supervised Defendant EDDINGS.

19.

Defendant WESTERN EXPRESS negligently entrusted the 2025 Freightliner Cascadia to Defendant EDDINGS when they knew or should have known that its driver was incompetent or unfit to perform the duties given to the driver by the company.

5

The negligent acts and omissions of Defendant WESTERN EXPRESS causing injury to the Plaintiff include, but are not limited to, the following:

a.   negligent entrustment of said vehicle to a person who has a propensity to operate said vehicle in a dangerous and unsafe manner and failure to train that person; and/or

b.   failure to exercise ordinary care under the circumstances described in this complaint; and/or

c.   negligent acts of its employee whose conduct injured another while acting within the scope of his employment; and/or

d.   negligent training of its employee, Defendant, EDDINGS; and/or

e.   negligent supervision of its employee, Defendant, EDDINGS; and/or

f.   such other acts or omissions of negligence as the evidence may reveal at the trial and as reflected above.

21.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant WESTERN EXPRESS, Plaintiff has suffered significant injuries, medical expenses, and damages. These damages include but at not limited to emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life.

**EXHIBIT A**

Certified#: 920719027509101257064 7   DFID18060085   Matter-17346560

CBCS Received 04/28/2025

04/28/2025

## COUNT IV
### ATTORNEYS' FEES AND EXPENSES OF LITIGATION

22.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 21 above as if the same were restated herein verbatim.

23.

Defendant EDDINGS individually and by and through his representatives, have been stubbornly litigious and has caused Plaintiff unnecessary trouble and expense.

24.

Defendant EDDINGS is liable to Plaintiff for the expenses of litigation, including attorney's fees, pursuant to O.C.G.A. § 13-6-11.

## COUNT V
### DAMAGES

25.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 24 above as if the same were restated herein verbatim.

26.

As a result of Defendant EDDINGS' negligence, Plaintiff suffered severe and permanent injuries and has a claim for past and future pain and suffering.

27.

As a result of Defendant EDDINGS' negligence, Plaintiff has already incurred past medical expenses and will continue to incur future medical expenses.

28.

7

**EXHIBIT A**

Certified#: 920719027509101257O647    DFID18060085    Matter-17346560
CBCS Received 04/28/2025

04/28/2025


As a result of Defendant EDDINGS' negligence, Plaintiff has already incurred past lost wages and will continue to incur future wage loss and loss of earning capacity.

29.

Defendant EDDINGS' negligence is the sole and proximate cause of Plaintiff's injuries in addition to her resulting damages.

### COUNT VI
### PUNITIVE DAMAGES

30.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 29 above as if the same were restated herein verbatim.

31.

Defendants' actions set forth above show, by clear and convincing evidence, willful misconduct, malice, or that entire want of care which would raise the presumption of conscious indifference to consequences, and that warrants the imposition of punitive damages pursuant to O.C.G.A. § 51-12-5.1.

32.

Accordingly, in order to punish, penalize, and deter Defendants, they are liable to Plaintiff for punitive damages.

### REQUEST FOR TRIAL BY JURY

Plaintiff requests a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

8



**EXHIBIT A**

Certified#: 920719027509101257O0647   DFID18060085   Matter-17346560
CBCS Received 04/28/2025

04/28/2025



a.     That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b.     That service be had upon Defendants as provided by law;

c.     That Plaintiff have and recover general damages from Defendants, as the jury deems is liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of their injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

d.     That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

e.     That this matter be tried to a jury;

f.     That all costs be cast against the Defendants;

g.     That Plaintiff is entitled to recover her necessary expenses of litigation, including an award of reasonable attorneys' fees and expenses required by this action, pursuant to O.C.G.A § 13-6-11, as well as any other statutory or common law basis;

h.     That Plaintiff have and recover from Defendants punitive damages; and

i.     For such other and further relief as this Court deems just and appropriate.

This 18th day of March 2025.

Respectfully submitted,

*/s/ Kendall B. Shortway*
Kendall B. Shortway
Georgia Bar No. 912995
*Attorney for Plaintiff*

**MORGAN & MORGAN, PLLC**
777 Gloucester Street, Suite 400

STATE COURT OF
DEKALB COUNTY, GA.
3/18/2025 6:39 PM
E-FILED
BY: Monica Gay

9



[EXHIBIT A](EXHIBIT A)

Certified#: 920719027509101257064 7   DFID18060085   Matter-17346560

CBCS Received 04/28/2025

04/28/2025



Brunswick, GA 31520
Main:   (912) 443-1098
Fax:    (912) 443-1179
Email:  kshortway@forthepeople.com

EXHIBIT A



Certified#: 9207190275091012570647    DFID18060085    Matter-17346560
CBCS Received 04/28/2025

04/28/2025