

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | Western Express, Inc. | Control Number: | 16016007 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| NAICS Code: | Transportation and Warehousing | NAICS Sub Code: | General Freight Trucking, Long-Distance, Truckload |
| Principal Office Address: | 7135 Centennial Pl, Nashville, TN, 37209, USA | Date of Formation / Registration Date: | 2/9/2016 |
| Jurisdiction: | Tennessee | Last Annual Registration Year: | 2025 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | Kevin T. Shires |
| Physical Address: | 6960 Cordery Road, Cumming, GA, 30040, USA |
| County: | Forsyth |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Paul Wieck | CEO | 7135 Centennial Place, Nashville, TN, 37209, USA |
| Richard Prickett, Jr. | CFO | 7135 Centennial Place, Nashville, TN, 37209, USA |
| Robert Welhoelter | Secretary | 7135 Centennial Place, Nashville, TN, 37209, USA |

Back                Filing History        Name History
                    Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19            Report a Problem?

**EXHIBIT C**