

25700 Interstate 45 North Suite 300
Spring, TX 77386
Tel: 888-710-5673, Fax: 877-329-6699
Toll: 888-710-5673

Claim # 147313
www.elevatepfs.com

March 14, 2025
**VIA FACSIMILE 563-207-5757**

Katie Staege
CBCS
PO Box 28
Dubuque, IA 52004

**RE: Patient:**    **Donald Speaks; Claim # 147313**

| Provider | Account No. | ServiceDate | Patient # | Balance |
|---|---|---|---|---|
| Grady Memorial Hospital | 5027231781 | 02/26/2025 | 62109428 | $65,340.53 |

Dear Katie Staege,

We assist in the coordination of benefits for medical providers. This account appears to be related to a claim you are handling for this patient. The above named patient has assigned benefits to the medical provider(s) referenced above. Therefore please accept this letter, attached UB04 and/or 1500 forms as a lien on any payment made on this claim. Please remit payment to the following address: **GRADY MEMORIAL HOSPITAL SYSTEM PO BOX 930704 ATLANTA, GA 31193-0638.**

If benefits have been exhausted or liability is denied, please note this information below and return this letter to our office. If you have any questions or need additional information, call 888-710-5673.

Sincerely,

Third Party Liability Department
Elevate Patient Financial Solutions

_____

MEDICAL BENEFITS EXHAUSTED    _____
LIABILITY DENIED    _____
CLAIM SETTLED/CLOSED    _____

_____      _____
DATE      INSURANCE COMPANY REPRESENTATIVE

**EXHIBIT D**

| | | | | | |
|---|---|---|---|---|---|
| GRADY MEMORIAL HOSP CORP<br>80 JESSE HILL JR DRIVE SE<br>ATLANTA, GA 30303-3031 | Remit Payment To:<br>P O BOX 930704<br>ATLANTA, GA 31193-0704 | CNTL # H502723178100<br>3b MED REC. # 101055292<br>5. FED. TAX NO. 262037695 | 6 STATEMENT COVERS PERIOD<br>FROM 02/26/25  THROUGH 02/27/25 | 7 | 4 Type of Bill<br>11 1 |

| 8 PATIENT NAME | a 101055292 | 9 PATIENT ADDRESS | a 5700 BAHIA MAR CIR | | | |
|---|---|---|---|---|---|---|
| b SPEAKS, DONALD | | b STONE MOUNTAIN | | | c GA | d 30087-1605 |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18-28 CONDITION CODES | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1949 | M | 02/26/25 | 16:08 | 1 | 1 | 12:46 | 01 | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 02/26/2025 | 11 02/26/2025 | | | | | |

REVCLAIMS

| 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|
| a 01 | $2,034.00 | | | | |
| b 80 | $1.00 | | | | |
| c | | | | | |

| | 42 REV.CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COV'ED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0111 | ROOM & BOARD-PRIVATE (ON | | | 1 | $4,142.00 | | |
| 2 | 0250 | PHARMACY (ALSO SEE 063X, | | | 6 | $34.29 | | |
| 3 | 0300 | LABORATORY | | | 3 | $138.00 | | |
| 4 | 0301 | LABORATORY | | | 18 | $4,766.00 | | |
| 5 | 0305 | LABORATORY | | | 6 | $1,269.00 | | |
| 6 | 0320 | RADIOLOGY-DIAGNOSTIC | | | 2 | $1,336.00 | | |
| 7 | 0324 | RADIOLOGY-DIAGNOSTIC | | | 1 | $676.00 | | |
| 8 | 0351 | CT SCAN | | | 1 | $4,026.00 | | |
| 9 | 0352 | CT SCAN | | | 3 | $20,916.00 | | |
| 10 | 0420 | PHYSICAL THERAPY | | | 1 | $331.00 | | |
| 11 | 0424 | PHYSICAL THERAPY | | | 1 | $743.00 | | |
| 12 | 0430 | OCCUPATIONAL THERAPY | | | 1 | $248.00 | | |
| 13 | 0434 | OCCUPATIONAL THERAPY | | | 1 | $743.00 | | |
| 14 | 0450 | EMERGENCY ROOM | | | 1 | $5,885.00 | | |
| 15 | 0636 | PHARMACY-EXTENSION OF 02 | | | 76 | $322.51 | | |
| 16 | 0637 | PHARMACY-EXTENSION OF 02 | | | 6 | $67.73 | | |
| 17 | 0681 | TRAUMA RESPONSE | | | 1 | $19,727.00 | | |

| PAGE 1 OF 1 | CREATION DATE 03/04/2025 | TOTALS --> | $65,340.53 | |
|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTHPLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1992799050 |
|---|---|---|---|---|---|---|
| A REVCLAIMS | RVC01 | Y | Y | | $65,340.53 | 57 OTHER PRV ID (EI) 262037695 |
| B BCBS MEDICARE ADVANTAGE | 12015 | Y | Y | $0.00 | 0.00 | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A SPEAKS, DONALD | 18 | 101055292 | | |
| B SPEAKS, DONALD K | 18 | VGD079W22080 | | GAEGR00 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX 0 | T24.212A Y | S80.02XA Y | S80.01XA Y | I10 Y | E11.9 Y | T31.0 Y | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX T24.212A | 70 PATIENT REASON DX | 71 PPS CODE 935 | 72 ECI V44.5XXA | Y92.411 | Y93.89 |
|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1629389127 | QUAL |
|---|---|---|---|---|---|
| | | | | LAST FRANKLIN | FIRST BENJAMIN TRAV |
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI | QUAL |
| | | | | LAST | FIRST |
| 80 REMARKS | 81CC a | | | 78 OTHER NPI | QUAL |
| | b | | | LAST | FIRST |
| | c | | | 79 OTHER NPI | QUAL |
| | d | | | LAST | FIRST |

UB-04 CMS-1450    For illustration purpose only. Not for Claim Submission

# EXHIBIT D