# MORGAN & MORGAN

April 23, 2025

180525&
2 of 12

**VIA CERTIFIED MAIL**
CBCS C/O OBSIDIAN INSURANCE COMPANY
Katie Staege
800 Main Street
Dubuque, Iowa 52001

    Re:    *Donald Speaks v. Rozalle Eddings and Western Express, Inc.*
            In the State Court of DeKalb County, Georgia
            Civil File No: 25A01915
            Date of Accident: 02/26/2025
            Our Client: Donald Speaks
            Your Insured: Western Express, Inc.
            Claim #: 147313

### *** <u>INTEREST DEMAND</u> ***

Dear Ms. Staege:

    This letter is written to establish a claim for prejudgment interest pursuant to the Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14. On behalf of my client, we hereby demand payment of **ONE MILLION DOLLARS** ($1,000,000.00) in compromise of the above-referenced lawsuit. In exchange for $1,000,000.00, My client will dismiss the above-referenced lawsuit with prejudice. Pursuant to the provisions of O.C.G.A. § 51-12-14, if you do not pay this amount within thirty (30) days following the date of the mailing of this notice, My client will be entitled to receive interest on the sum claimed if, upon the trial of this case, he receives a judgment in an amount not less than the sum demanded. Interest will be computed at a rate of prime plus 3% per annum and will begin to accrue from the 30th day following the date of the mailing of this notice.

    As you already know, this letter is written in furtherance of settlement and compromise, and nothing contained herein shall be deemed admissible apart from enforcing a claim for prejudgment interest pursuant to O.C.G.A. § 51-12-14. If you have any questions regarding this demand, please do not hesitate to contact me at (912) 443-1098.

                                        Sincerely,

                                        *Kendall Shortway*

                                        Kendall Shortway, Esq.
MORGAN & MORGAN, P.A.                        Georgia Bar No.: 312819
777 Gloucester Street, Suite 400
Brunswick, GA 31520
P: (912) 443-1098
Email: kshortway@forthepeople.com


04/28/2025


EXHIBIT E

Certified#: 9207190275091012570647    DFID18060085    Matter-17346560
CBCS Received 04/28/2025