# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD SPEAKS,<br><br>Plaintiff,<br><br>v.<br><br>ROZALLE EDDINGS and<br>WESTERN EXPRESS, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:25-cv-02495-TWT<br><br><br>REMOVED FROM STATE COURT<br>OF DEKALB COUNTY<br>CIVIL ACTION FILE NO.<br>25A01915 |

## DEFENDANT ROZALLE EDDINGS'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, **ROZALLE EDDINGS,** Defendant in the above-styled action, and files this, his Answer to Plaintiff's Complaint for Damages, showing this Honorable Court as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

-1-

## SECOND DEFENSE

Defendant denies that any Defendant was negligent in any manner, or that any negligent act or omission on their part caused or contributed to any injury or damage alleged to have been sustained by the Plaintiffs.

## THIRD DEFENSE

Plaintiffs' alleged damages were directly and proximately caused by Plaintiffs' own contributory/comparative negligence and failure to exercise ordinary care and, as such, Plaintiffs are not entitled to recover from Defendants.

## FOURTH DEFENSE

Plaintiffs, by the exercise of ordinary care, could have avoided the incident referenced in the Complaint and, therefore, Plaintiffs are not entitled to recover from Defendants.

## FIFTH DEFENSE

Plaintiffs have failed to mitigate their damages and are therefore barred from recovery.

## SIXTH DEFENSE

The sole and proximate cause of the accident referenced in the Complaint was the negligence, including but not limited to negligence *per se*, of a party or parties

other than Defendants. Therefore, Plaintiffs are barred from any recovery against Defendants.

## SEVENTH DEFENSE

This Defendant denies that it caused the Plaintiff to suffer any injury.

## EIGHTH DEFENSE

To the extent any claim for punitive damages or attorney's fees and expenses of litigation, pursuant to O.C.G.A. § 13-6-11 or pursuant to any other theory, is or may be made by Plaintiffs, no basis exists for such claims and, further, imposing punitive damages under the circumstances of this case upon Defendants would violate their rights under the Constitution of the State of Georgia and the United States Constitution. Further in this regard, Defendant specifically shows that a *bona fide* dispute exists to the extent that Defendant is not liable to Plaintiffs.

## NINTH DEFENSE

This Defendant raises the defense of insufficiency of process and service of process.

## TENTH DEFENSE

Plaintiffs' claims against this Defendant are subject to dismissal for lack of personal jurisdiction.

## ELEVENTS DEFENSE

Plaintiffs' claims are barred to the extent that Plaintiffs' damages are the result of a preexisting or otherwise unrelated medical condition.

## TWELFTH DEFENS

Plaintiffs' medical expenses must be reduced to the extent that they exceed the reasonable or customary amounts.

## THIRTEENTH DEFENSE

Defendant reserves the right to seasonably amend these affirmative defenses as needed or as warranted by the discovery in this case.

## FOURTEENTH DEFENSE

This Defendant responds to the individually numbered paragraphs of the Complaint as follows:

1.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, which are therefore denied.

2.

This Defendant admits he is a resident of State of Illinois and can be served with process at 36 Cumming Ham LN, Park Forest, IL 60466.

3.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, which are therefore denied

4.

This Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 4 above as if fully restated.

6.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, which are therefore denied.

7.

This Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 7 above as if fully restated.

9.

This Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10.

This Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.

This Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.

This Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 12 above as if fully restated.

14.

This Defendant admits the allegations contained in Paragraph 14 of the Complaint.

15.

This Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.

This Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 16 above as if fully restated.

18.

This Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19.

This Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20.

This Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21.

This Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 21 above as if fully restated.

23.

This Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24.

This Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 24 above as if fully restated.

26.

This Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27.

This Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28.

This Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29.

This Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30.

This Defendant re-raises and incorporates herein the responses contained in paragraphs 1 through 29 above as if fully restated.

31.

This Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32.

This Defendant denies the allegations contained in Paragraph 32 of the Complaint.

This Defendant denies any and all allegations and prayers for relief contained in the WHEREFORE clause/Prayer for Relief of Plaintiff's Complaint. All remaining

allegations and inferences contained in Plaintiff's Complaint not heretofore specifically addressed, are denied in their entirety.

WHEREFORE, Defendant, having fully answered Plaintiff's Complaint for Damages, prays as follows:

a) that he be discharged without cost or liability;

b) that he have a trial by a jury of twelve persons as to all issues properly triable by a jury, including liability, causation and damages;

c) that a Pre-Trial Conference be held;

d) that all costs and attorneys' fees be assessed against Plaintiff; and

e) that he have such other relief as the Court deems just and proper.

This <u>13th</u> of May, 2025.

**Quintairos, Prieto, Wood & Boyer, P.A.**

<u>*/s/ Sandro Stojanovic*</u>
SCOTT H. MOULTON
Georgia Bar No. 974237
SANDRO STOJANOVIC
Georgia Bar No. 473114
GABRIEL A. LOGREIRA
Georgia Bar No. 881117
*Counsel for Defendants*

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
gabriel.logreira@qpwblaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONALD SPEAKS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROZALLE EDDINGS and WESTERN EXPRESS, INC.,**<br><br>Defendants. | **CIVIL ACTION FILE NO.**<br><br>1:25-cv-02495-TWT<br><br><br><br>**REMOVED FROM STATE COURT OF DEKALB COUNTY**<br>**CIVIL ACTION FILE NO.**<br>25A01915 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT ROZALLE EDDINGS'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with CM/ECF which will automatically send electronic notification to the following:

Kendall B. Shortway
Morgan & Morgan, PLLC
777 Gloucester Street, Suite 400
Brunswick, GA 31520
kshortway@forthepeople.com

This 13th day of May, 2025.

**Quintairos, Prieto, Wood & Boyer, P.A.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia Bar No. 974237
SANDRO STOJANOVIC
Georgia Bar No. 473114
GABRIEL A. LOGREIRA
Georgia Bar No. 881117
*Counsel for Defendants*