# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DONALD SPEAKS,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | **1:25-cv-02495-TWT** |
| **v.** | |
| **ROZALLE EDDINGS and WESTERN EXPRESS, INC.,** | **REMOVED FROM STATE COURT OF DEKALB COUNTY** |
| **Defendants.** | **CIVIL ACTION FILE NO. 25A01915** |

## DEFENDANTS' INITIAL DISCLOSURES

**COME NOW**, Defendants **ROZALLE EDDINGS and WESTERN EXPRESS, INC.**, and submit the following initial disclosures:

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**RESPONSE: Defendants are unaware of any issues relating to improper identification at this time.**

-1-

(2)  Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**RESPONSE: Defendants make no such contention at this time. However, this will be a focus of discovery. Defendants reserve the right to supplement their response if necessary.**

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**RESPONSE: Defendants contend that discovery in this case has just begun. Many of the facts are still yet to be developed. Defendants reserve the right to supplement their disclosures as a result of any findings made during the discovery process.**

(4)  Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**RESPONSE: Defendants state that because discovery has just commenced in this cause of action, they are unable to state all statutes, codes regulations, legal principles, standards and customs or usages that they will rely upon in the**

**defense of this matter. However, Defendants state that they intend to rely upon Georgia State law and federal law, including but not limited to the following:**

- **Negligence: O.C.G.A. § 51-1-2, and related case law.**

- **Georgia's Uniform Rules of the road and related case law;**

- **Georgia's common law principles regarding proximate cause;**

- **Contributory and Comparative Negligence of Plaintiff and non-parties: O.C.G.A. § 51-11-7, O.C.G.A. § 51-12-33;**

- **Federal Rules of Civil Procedure and interpreting case law; and**

- **Federal Rules of Evidence and interpreting case law.**

(5)  Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**See Attachment "A".**

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**See Attachment "B".**

(7) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**See Attachment "C".**

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Defendants are not seeking damages in this case.**

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**Defendants are unaware of any other person or legal entity who may be liable to Plaintiff in this matter.**

(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**See attachment "E".**

This <u>4th</u> day of June, 2025.

**Quintairos, Prieto, Wood & Boyer, P.A.**

*/s/ Gabriel A. Logreira*
SCOTT H. MOULTON
Georgia Bar No. 974237
SANDRO STOJANOVIC
Georgia Bar No. 473114
GABRIEL A. LOGREIRA
Georgia Bar No. 881117
*Counsel for Defendants*

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
gabriel.logreira@qpwblaw.com

## ATTACHMENT A

Donald Speaks
c/o his attorney, Kendall B. Shortway
Morgan & Morgan
11605 Haynes Bridge Road
Suite #490
Alpharetta, GA 30009
kshortway@forthepeople.com
andrea.hart@forthepeople.com
*Plaintiff*
Subject: Donald Speaks is the Plaintiff in the above-captioned cause of action. He may testify regarding his personal knowledge of the incident, his alleged injuries, his alleged pain and suffering, and any and all alleged special damages he has incurred as a result of the incident.

Rozalle Eddings
c/o his attorneys, Scott H. Moulton, Sandro Stojanovic, and Gabriel A. Logreira
Quintairos, Prieto, Wood & Boyer PA
365 Northridge Road
Suite 230
Atlanta, GA 30350
(770) 650-8737
*Defendant*
Subject: Rozalle Eddings is a Defendant in the above-captioned cause of action. He will testify regarding his personal knowledge of the incident.

Western Express, Inc.
c/o its attorneys, Scott H. Moulton, Sandro Stojanovic, and Gabriel A. Logreira
Quintairos, Prieto, Wood & Boyer PA
365 Northridge Road
Suite 230
Atlanta, GA 30350
(770) 650-8737
*Defendant*
Subject: Western Express, Inc. is a Defendant in the above-captioned cause of action. Representatives of Western Express, Inc. may testify regarding their knowledge of the incident and employment of Defendant Eddings.

Plaintiff's Medical Providers:

Subject: Plaintiff's medical providers will have discoverable information regarding Plaintiff's alleged injuries and damages.

Gracia Germain

DeKalb County Police Department

Subject: Gracia Germain was the responding police officer that investigated the subject-incident. S/he may testify as to his/her personal and professional knowledge of the incident, as well as the investigation.

Defendants reserve the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

## ATTACHMENT B

## I.

## INVESTIGATING OFFICER

Officer Germain of the DeKalb County Police Department was the responding officer at the scene of the subject collision. S/he may testify as to his/her personal and professional knowledge of the subject incident.

## II.

## DEFENDANT'S RETAINED EXPERT

Defendants have not yet determined who, if anyone, they will call to testify as an expert at trial. Defendants reserve the right to supplement their response pursuant to the Federal Rules of Civil Procedure.

## III.

## PLAINTIFF'S RETAINED EXPERT WITNESSES

Defendants hereby cross-designate all experts designated by Plaintiff, should Plaintiff designate any. In so cross-designating Plaintiff's experts, Defendants in no way concede Plaintiff's experts are qualified to render expert opinions in this matter or that their testimony is admissible. However, Defendants reserve the right to call

Plaintiff's experts in this case and to elicit opinions from them by direct or cross-examination.

## IV.

## <u>PLAINTIFF'S MEDICAL PROVIDERS</u>

Defendants hereby cross-designate Plaintiff's medical providers disclosed by Plaintiff. Defendants reserve the right to call Plaintiff's medical providers to elicit opinions and facts relating to their care and treatment of Plaintiff by either direct or cross-examination.

## **ATTACHMENT C**

Defendants note that discovery in this matter has just begun and many facts have yet to be developed. However, at this time, the factual bases of Defendants' claims are found in the following documents:

- The police report for the subject incident;

- Various photographs; and

- Dash Cam Videos.

Defendants reserve the right to supplement this response in accordance with the Fed. R. Civ. P.

## **ATTACHMENT E**

Defendants produce herewith a copy of the applicable policy declaration page.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DONALD SPEAKS,**

    **Plaintiff,**

**v.**

**ROZALLE EDDINGS and
WESTERN EXPRESS, INC.,**

    **Defendants.**

**CIVIL ACTION FILE NO.**

**1:25-cv-02495-TWT**

**REMOVED FROM STATE COURT
OF DEKALB COUNTY
CIVIL ACTION FILE NO.
25A01915**

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' INITIAL DISCLOSURES** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with CM/ECF which will automatically send electronic notification to the following:

Kendall B. Shortway
Morgan & Morgan, PLLC
777 Gloucester Street, Suite 400
Brunswick, GA 31520
kshortway@forthepeople.com

-12-

This <u>4th</u> of June, 2025.

**Quintairos, Prieto, Wood & Boyer, P.A.**

*/s/ Gabriel A. Logreira*
SCOTT H. MOULTON
Georgia Bar No. 974237
SANDRO STOJANOVIC
Georgia Bar No. 473114
GABRIEL A. LOGREIRA
Georgia Bar No. 881117
*Counsel for Defendants*