**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONALD SPEAKS,

        Plaintiff,

vs.

ROZALLE EDDINGS and
WESTERN EXPRESS, INC.,

        Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION FILE NO.:
1:25-CV-02495-TWT

**PLAINTIFF'S INITIAL DISCLOSURES**

COMES NOW Donald Speaks, Plaintiff in the above-styled action, and submits his Initial Disclosures as follows:

1.

*State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.*

RESPONSE: *Classification of the Case*: This is a personal injury action that arises under Georgia law.

1

*Brief Factual Outline of the Case*: On February 26, 2025, Plaintiff was turning left on a green light from Lavista Road to travel southbound on Lawrenceville Highway, in Tucker, Dekalb County, Georgia when at the same time Defendant Eddings was operating his 2025 Freightliner Cascadia traveling southbound on Lawrenceville Highway through its intersection with Lavista Road when Eddings failed to yield to oncoming traffic and exercise due care and caution, thereby causing the truck to collide with Plaintiff in the intersection.

*Statement of Legal Issues*: Liability, causation, damages and attorney's fees.

2.

*Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.*

RESPONSE:   O.C.G.A. § 40-6-70 (failure to yield) and the applicable portions of the Federal Motor Carrier Safety Regulations, 49 CFR § 300-399. Plaintiff reserves the right to supplement this response as additional information is obtained in discovery.

3.

*Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the*

2

*information.  (Attach witness list to Initial Disclosures as Attachment A.)*

RESPONSE:  See Attachment A.

4.

*Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)*

RESPONSE:  Plaintiff has not yet decided on experts for use at trial but reserves the right to supplement later. Plaintiff's medical providers may have expert knowledge of causation and damages. A list of Plaintiff's medical providers is attached as Attachment B.

5.

*Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody or control, that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Initial Disclosures as Attachment C.)*

RESPONSE:  See Attachment C.

6.

*In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)*

RESPONSE: *Past Medical Expenses*: Plaintiff has documentation of past medical expenses in the amount of $71,770.13 and is continuing to obtain copies of all medical bills, which include new treatment charges.

*Future Medical Expenses*:  To be determined

*Past and Future Pain & Suffering*:  To be determined by the enlightened conscience of the jury.

Plaintiff will supplement this response with documentation and figures in support of Plaintiff's tangible claims.

*Past Lost Wages*: Amounts to be determined.

*Future Lost Wages*: Amounts to be determined.

*Punitive Damages*: To be determined by the enlightened conscience of the jury.

7.

*Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.  (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)*

RESPONSE:  None applicable to the Plaintiff.

8.

*Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.*

RESPONSE:  None to the Plaintiff's knowledge.

This 5th day of June 2025

/s/ *Kendall B. Shortway*
Kendall B. Shortway
Georgia Bar No. 312819

**MORGAN & MORGAN**
777 Gloucester Street, Suite 400
Brunswick, GA 31520
Telephone: (912) 443-1098
Facsimile: (912) 443-1179
Email: kshortway@forthepeople.com
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system and served all parties with record via electronic service through the CM/ECF system to:

Scott H. Moulton
Sandro Stojanovic
Gabriel A. Logreira
QUINTAIROS, PREITO, WOOD & BOYER, PA
365 Northridge Road, Suite 230
Atlanta, GA 30350
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
gabriel.logreira@qpwblaw.com

Further, this is to certify that the foregoing pleading complies with the font and the point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

This 5th day of June 2025.

/s/ *Kendall B. Shortway*
Kendall B. Shortway
Georgia Bar No. 312819
COUNSEL FOR PLAINTIFF

MORGAN & MORGAN
777 Gloucester Street, Suite 400
Brunswick, GA 31520
Telephone: (912) 443-1098
Facsimile: (912) 443-1179
Email: kshortway@forthepeople.com

6

## **ATTACHMENT A**

1.   Plaintiff Donald Speaks

2.   Defendant Rozalle Eddings

3.   Investigating/Reporting Officer Gracia Germain – Dekalb County P.D.

4.   Plaintiff's Wife; Pamela Speaks

5.   Any doctor or nurse who provided care and treatment to Plaintiff including but not limited to:

   - Roberto Cortez III, MD

   - Jeremy D. Ackerman, MD

   - Arden Marie Tomassetti, PA-C

   - Benjamin Travis Franklin, MD

   - Dana Tyler, PT

   - Sarah Stark, OT

   - Patti Hammonds-Green, PhD, CCM, LCSW

   - Lindsay Lawhorne, AGNP-C

   - Scott A. Barbour, MD

6.   Individuals who have known Plaintiff, including friends, co-workers, and others prior to and subsequent to the subject accident. Plaintiff reserves the right to supplement this response as additional information is obtained in discovery.

## ATTACHMENT B

Plaintiff has not yet determined what experts, if any, will be utilized at trial but will timely supplement as soon as that decision is made. Plaintiff's medical providers may have expert knowledge of causation and damages.

1. American Medical Response (AMR)

2. Grady Memorial Hospital

3. Atlantic Medical Specialists

4. Barbour Orthopaedics & Spine

5. Emory Healthcare

6. PrimaCare Physical Therapy

7. Any doctor or nurse who provided care and treatment to Plaintiff including but not limited to:

8. Roberto Cortez III, MD

9. Jeremy D. Ackerman, MD

10. Arden Marie Tomassetti, PA-C

11. Benjamin Travis Franklin, MD

12. Dana Tyler, PT

13. Sarah Stark, OT

14. Patti Hammonds-Green, PhD, CCM, LCSW

15. Lindsay Lawhorne, AGNP-C

8

16.    Scott A. Barbour, MD

Plaintiff reserves the right to supplement this response as additional information is obtained in discovery.

## ATTACHMENT C

1.  Georgia Motor Vehicle Crash Report dated February 26, 2025.

2.  Records of medical treatment of Plaintiff before and after the subject incident, including but without limitation of those created or maintained by:

    a.  American Medical Response (AMR)

    b.  Grady Memorial Hospital

    c.  Atlantic Medical Specialists

    d.  Barbour Orthopaedics & Spine

    e.  Emory Healthcare

    f.  PrimaCare Physical Therapy

3.  Photographs of the vehicles

4.  Photographs of the accident scene

5.  Items to assist the jury in understanding the damages in this case.

Plaintiff reserves the right to supplement this response as additional information is obtained in discovery.

10

## ATTACHMENT D

| | |
|---|---|
| American Medical Response | $3,004.60 |
| Grady Memorial Hospital | $65,340.53 |
| Atlantic Medical Specialists | $900.00 |
| Barbour Orthopaedics & Spine | $2,525.00 |
| Emory Healthcare | pending |
| PrimaCare Physical Therapy | pending |

## **ATTACHMENT E**

None applicable to the Plaintiff.

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system and served all parties with record via electronic service through the CM/ECF system to:

Scott H. Moulton
Sandro Stojanovic
Gabriel A. Logreira
QUINTAIROS, PREITO, WOOD & BOYER, PA
365 Northridge Road, Suite 230
Atlanta, GA 30350
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
gabriel.logreira@qpwblaw.com

Further, this is to certify that the foregoing pleading complies with the font and the point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

This 5th day of June 2025.

/s/ *Kendall B. Shortway*
Kendall B. Shortway
Georgia Bar No. 312819

**MORGAN & MORGAN**
777 Gloucester Street, Suite 400
Brunswick, GA 31520
Telephone: (912) 443-1098
Facsimile: (912) 443-1179
Email: kshortway@forthepeople.com
*COUNSEL FOR PLAINTIFF*

13